No. 1. ESPADA *v.* WILCOX.—Application for a writ of mandamus. Decided April 11, 1903. The application was denied because not made in accordance with the law. *Mr. Tizol*, for plaintiff.

---

No. 30. RIVERA *v.* GARCÍA.—Appeal in cassation from the District Court of Mayagüez. Decided April 14, 1903. The appeal was declared abandoned, more than one year having elapsed without its being prosecuted by the appellant. *Mr. López Landrón*, for appellant.

---

No. 48. SEINZ *v.* FRAU ET AL.—Appeal in cassation from the District Court of Arecibo. Decided April 14, 1903. All the proceedings before the Supreme Court were declared null and void, because notice of the judgment of the trial court had not been served upon all the defendants in the suit, nor had they been summoned to appear before the Supreme Court. *Mr. Sarmiento*, for appellant. *Mr. Manuel F. Rossy*, for respondent.

---

No. 53. SANTISTEBAN, CHAVARRI AND COMPANY *v.* SUCCESSION OF CURET.—Appeal in cassation from the District Court of Arecibo. Decided April 14, 1903. The appeal was declared abandoned because of failure to prosecute the same by the party appellant. *Mr. López Landrón*, for appellant.

---

No. 68. VÁZQUEZ *v.* ROSA ET AL.—Appeal in cassation from the District Court of Arecibo. Decided April 14, 1903. The appeal was declared abandoned, because appellant allowed more than one year to elapse without prosecuting the same. *Mr. López Landrón*, for appellant.